IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

WENDY DEFORD,

        Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.

No. CV 07-1426-MO

ORDER

**MOSMAN, J.,**

    Attorney fees in the amount of $5,100.00 are hereby awarded to plaintiff in the above entitled action pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). The check shall be sent to Attorney Tim Wilborn's address: P.O. Box 2768, Oregon City, OR 97045.

IT IS SO ORDERED.

    DATED this <u>12th</u> day of September, 2008.

                                        /s/ Michael W. Mosman
                                        MICHAEL W. MOSMAN
                                        United States District Judge